# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL ACTION NO. 5:16-cv-00890-FL

| | |
|---|---|
| AT&T CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>VAMP COMMUNICATIONS, INC., d/b/a THINQ,<br><br>    Defendant. | ORDER ENTERING TEMPORARY STAY |

      Pursuant to the Court's text order of January 17, 2017, the parties conferred and agreed to ask the court for a temporary stay of the action to permit them to engage in mediation following a voluntary exchange of documents. Accordingly, it is hereby ordered that all proceedings in this case are stayed until April 24, 2017, unless subsequently ordered otherwise. No later than May 1, 2017, the parties shall submit a further status report. Subject to further order, if the parties do not report the case as settled they shall file their joint 26(f) report and plan within seven (7) days following the status report.

      IT IS SO ORDERED. This the 7th day of February, 2017.

_____
Judge Louise W. Flanagan