IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:16-cv-00890-FL

| | |
|---|---|
| AT&T CORPORATION,<br><br>    **Plaintiff,**<br><br>v.<br><br>VAMP COMMUNICATIONS, INC., d/b/a THINQ,<br><br>    **Defendant.** | **ORDER EXTENDING TEMPORARY STAY** |

    The parties report they have reached an agreement to settle the case but require additional time to consummate the settlement and to file their stipulation of dismissal. Accordingly, it is hereby ordered that the temporary stay entered by order of February 7, 2017, is hereby extended for an additional thirty (30) days to May 24, 2017. The parties shall file a stipulation of dismissal no later than May 31, 2017. Should settlement not be consummated and the case resume, the parties' Rule 26(f) report shall by due no later than May 31, 2017.

IT IS SO ORDERED.

    This 15th day of March, 2017.

                                                                       United States District Judge Louise W. Flanagan